UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRY DEVIN O'BRYAN,

          CIVIL ACTION NO. 05-73226

    Plaintiff,          District Judge Avern Cohn

v.         Magistrate Judge Virginia M. Morgan

BUREAU OF PRISONS, *et al.*,

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY

This matter comes before the court on Defendant's Motion to Stay Discovery Pending Disposition of its Motion to Dismiss or Grant Summary Judgment for Mootness. On April 21, 2006, the court issued a Report and Recommendation in which it determined that plaintiff's case was moot and thus recommended that defendant's motion be granted. In accordance with that recommendation, **IT IS HEREBY ORDERED** that discovery is stayed pending further order of the court.

                          s/Virginia M. Morgan
                          VIRGINIA M. MORGAN
Dated:   May 1, 2006          UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KERRY DEVIN O'BRYAN,

        CIVIL ACTION NO. 05-73226

    Plaintiff,        District Judge Avern Cohn

v.        Magistrate Judge Virginia M. Morgan

BUREAU OF PRISONS, *et al.*,

    Defendants.
_____/

## PROOF OF SERVICE

The undersigned certifies that the foregoing Order was served upon Kerry Devin O'Bryan and counsel of record via the Court's ECF System and/or U. S. Mail at the address disclosed on notice of electronic filing on May 1, 2006.

        s/J Hernandez
        Case Manager to
        Magistrate Judge Virginia M. Morgan